UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BLAKE HUVAL | * | CIVIL ACTION NO.: |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| THE BATON ROUGE POLICE | * | |
| DEPARTMENT, through the CITY OF | * | |
| BATON ROUGE, CPL. TROY | * | JUDGE: |
| McCREARY, OFFICER ORY HOLMES | * | |
| THE LOUISIANA STATE UNIVERSITY | * | |
| POLICE DEPARTMENT, through the | * | |
| BOARD OF SUPERVISORS OF THE | * | |
| LOUISIANA STATE UNIVERSITY AND | * | |
| AGRICULTURAL AND MECHANICAL | * | |
| COLLEGE, and OFFICER JOHN DOE | * | MAGISTRATE JUDGE: |
| COMPANY | * | |

## **V E R I F I C A T I O N**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Tucker F. Giles, being duly sworn did depose and say that he is the attorney for the Defendants, Barco Enterprises, Inc., in the above entitled action, and that he will be filing a copy of the Defendant's Notice of Removal with the 19th Judicial District Court for the Parish of East Baton Rouge.

Further, Tucker F. Giles, is an attorney with the Law Firm of Keith S. Giardina, attorneys for Defendants, Barco Enterprises, Inc. That all of the information contained in the foregoing Petition for Removal is true and correct to the best of his personal knowledge, information, and belief, and he has been authorized to make this verification by the officers and/or agents for Barco Enterprises, Inc.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | LAW OFFICES OF KEITH S. GIARDINA |
| I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 22nd day of August, 2016.<br><br>     /s/ *Tucker F. Giles*     <br>     Tucker F. Giles | BY: /s/ *Tucker F. Giles*     <br>     TUCKER F. GILES, Bar Roll #33148<br>     Attorney for Defendant,<br>     Barco Enterprises, Inc.<br>     9100 Bluebonnet Centre Blvd., Suite 300<br>     Baton Rouge, LA 70809<br>     (225) 293-7272<br>     (603) 430-0864 (fax) |